# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130364

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DORIAN LORENZY ROBERTSON,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130364
COA: 265874
Oakland CC: 2004-194544-FC;
2004-196653-FC

On order of the Court, the application for leave to appeal the November 28, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

Clerk

p0522